IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLINDA F. HARRIS                   *
     Plaintiff,
  v.                                     *  CIVIL ACTION NO. ELH-12-1384

PINNACLE CREDIT SERVICES, LLC     *
     Defendant.
                                                    ***

## **O R D E R**

On May 7, 2012, Plaintiff filed this *pro se* Complaint under the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and the Maryland Consumer Debt Collections Act. ECF No. 1. As he paid the civil filing fee, Plaintiff is responsible for effecting service of process on Defendant. The Clerk shall prepare and issue summons to Plaintiff, who must then serve a copy of summons and complaint on Defendant.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendant. Further, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. (D. Md. 2011), if Plaintiff has not effected service of process within 120 days of filing the complaint, the court may enter an order asking Plaintiff to show cause why the claims should not be dismissed. If Plaintiff

---

[1] If Plaintiff does not use a private process server and instead uses United States Postal Service ("USPS") mail service as set out under Fed. R. Civ. P. 4(e) and 4(j), he must file with the clerk the USPS acknowledgment as proof of service. The aforementioned rules allow for service of summons and Complaint pursuant to the law of the state. Plaintiff may wish to review Maryland Rules 2-121 & 2-124 (l) to determine how mail service is to be effected on corporations. Generally, service by mail must be by certified mail, restricted delivery.

fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the court, the complaint may be dismissed without prejudice.

Accordingly, it is this 10th day of May, 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL TAKE ALL NECESSARY STEPS to prepare and issue summons to Plaintiff; and

2. The Clerk SHALL MAIL this Order and prepared summons to Plaintiff.

/s/
Ellen L. Hollander
United States District Judge