Adanté Associates 2560 Harlem Avenue, Baltimore, Md 21216
(410) 566-3020 office (443) 566-1062 fax machine (443) 468-8644 cell phone
FIELD SHEEET     ELH12-CV-01384

| PROCESS SERVER | Ada Patterson | FIELD SHEET | # 2012- |
|---|---|---|---|
| FIRST ATTEMPT BY | | DUE BACK BY: | |

### SERVICE INFORMATION

| RESIDENTIAL INFO | |
|---|---|
| NAME OF DEFENDANT | Pinnacle Credit Services c/o r/a National Registered Agents Inc |
| STREET ADDRESS | 836 Park Avenue, 2nd floor |
| CITY/STATE/ ZIP | Baltimore, Md 21201 |
| TELEPHONE NUMBER | 410-225-2995 |
| BUSINESS INFO | |
| COMPANY NAME | |
| STREET ADDRESS | |
| CITY/STATE/ ZIP CODE | |
| TELEPHONE NUMBER | |
| SPECIAL DIRECTIONS | |
| Serve registered agent. | |

### CASE INFORMATION

| COURT | United States District Court for the District of Maryland | CASE # | ELH12CV1384 | | |
|---|---|---|---|---|---|
| Plaintiff | Glinda F. Harris | Defendant | Pinnacle Credit Services, LLC | | |
| TYPE OF DOCUMENT | Summons | Court Date | n/a | | |
| CLIENT | Glinda F. Harris | CASE REF | B | N X PSF | 47 |

### SERVICE AND/OR DELIVERY INFORMATION

| DATE OF SERVICE | 5/23/12 | TIME OF SERVICE | 3:10 | AM / PM |
|---|---|---|---|---|
| NAME OF RECIPIENT | Kerry L. Shortall | | | |
| RELATIONSHIP TO DEFENDANT | Assistant Secretary | | SELF | |
| AGE 40 | SEX F | RACE W | HEIGHT 5'7" | WEIGHT 140 | HAIR Blonde |
| CHECK ONLY IF APPLICABLE | GLASES | MUSTACHE | BEARD | GOATEE |
| TATTOOS | SCARS/MOLES | MISSING LIMBS | | |
| EMPLOYMENT INFORMATION | COMPANY NAME | | | |
| | ADDRESS & PHONE | | | |

### PROCESS SERVER DECLARATION

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief. I certify that I am over the age of 18, have no interest in the above action, in good standing, in the judicial circuit in which the process was served. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

| Process Server | Print | Signature |
|---|---|---|
| | Ada K. Patterson | *[signed]* |

### DECLARATION OF RECEIPT

My signature below is not an admission of guilt or a volunteer submission to adhere to any type of judgment mentioned within the documents. My signature is an acknowledgment of receipt of the above documents. If I am not the defendant, I will forward the documents to the named defendant. If I am the defendant then by signing below, I am acknowledging receipt of the above listed documents.

| Recipients Name | Print | Signature |
|---|---|---|
| | N/A | N/A |

ELH12-CV-01384

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

FILED ___ ENTERED
LOGGED ___ RECEIVED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

JUN 26 2012
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

This summons for *(name of individual and title, if any)* Pinnacle Credit Services, LLC
was received by me on *(date)* 5/18/12

BCF  DEPUTY

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* National Registered Agents Inc, who is
designated by law to accept service of process on behalf of *(name of organization)* Pinnacle Credit
Services LLC on *(date)* 5/23/12 @ 3:10pm

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: National Registered Agents Inc is the registered agent for Pinnacle Credit Services. Documents accepted by Kerry L. Shortall.

My fees are $ 47.00 for travel and $ 0 for services, for a total of $ 47.00

I declare under penalty of perjury that this information is true.

Date: 5/23/12

*Server's signature*

ADA PATTERSON
*Printed name and title*

2560 Harlem Avenue
Baltimore, MD. 21216
*Server's address*

Additional information regarding attempted service, etc:

Case 1:12-cv-01384-ELH   Document 2   Filed 05/07/12   Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUN 2 6 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY  BCF        DEPUTY

Glinda F. Harris )
)
*Plaintiff* )
) Civil Action No. **ELH 12 CV 1384**
v. )
Pinnacle Credit Services, LLC )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Registered Agents, Inc. of MD
C/o Pinnacle Credit Services, LLC
2nd Floor
836 Park Avenue
Baltimore, Maryland 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Glinda F. Harris
2221 Cedley Street
Baltimore, MD 21230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/11/12



CLERK OF COURT

for  Felicia C. Cannon

*Signature of Clerk or Deputy Clerk*

Harris, G.
2221 Cedley St.
Baltimore MD 21230

**CERTIFIED MAIL**

7009 3410 0002 0321 8947



02 1P
0003086299  APR 12 2012
MAILED FROM ZIP CODE 21076

$ 003.40

United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore MD 21201

2120182629