FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL -9 PM 12: 01

CLERK'S OFFICE
AT BALTIMORE

BY____)____µ____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Glinda F. Harris** | ) | |
| *Plaintiff* | ) | Case No. <u>ELH12CV1384</u> |
| vs | ) | |
| **PINNACLE CREDIT SERVICES, LLC** | ) | |
| *Defendant* | ) | **Judge: Ellen L. Hollander** |

### REQUEST FOR ORDER OF DEFAULT

Please enter the default of <u>PINNACLE CREDIT SERVICES, LLC</u>, Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and the attached affirmation of <u>Glinda F. Harris.</u>

On this _____9th_____ day of _____July_____, 20__12__.

Respectfully submitted _____

Glinda F. Harris
2221 Cedley Street
Baltimore, Maryland 21230
(443) 324-7977
glindaharris6@gmail.com