FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL 18  PM 2: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Glinda F. Harris** | ) | |
| *Plaintiff* | ) | Case No. <u>**ELH12CV1384**</u> |
| vs | ) | |
| **PINNACLE CREDIT SERVICES, LLC** | ) | |
| *Defendant* | ) | <u>**Judge: Ellen L. Hollander**</u> |

## MOTION FOR DEFAULT JUDGMENT

Comes now Glinda F. Harris and requests the Court, Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant Pinnacle Credit Services, LLC. In support of this request, Glinda F. Harris relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted _____

Glinda F. Harris
2221 Cedley Street
Baltimore, Maryland 21230
(443) 324-7977
glindaharris6@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to Defendant listed below by first class mail USPS.

Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850

Dated: July 18 2012

Glinda E. Harris