**The Law Offices of**
**Ronald S. Canter, LLC**
200A Monroe Street, Suite 104
Rockville, Maryland 20850
www.roncanterllc.com

---

*Ronald S. Canter, Esquire*                                                                 301-424-7490
*Licensed in MD, FL, DC, PA*                                                              301-424-7470 Fax
                                                                                      rcanter@roncanterllc.com

September 24, 2012

**VIA ELECTRONIC MAIL**
The Honorable Ellen Lipton Hollander
Judge of the United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re:   Glinda Harris v. Pinnacle Credit Services, L.L.C.
>       United States District Court for the District of Maryland
>       Case No. 1:12-cv-01384-ELH
>       Our File No. 12-1177

Dear Judge Hollander:

      This letter will serve as a Status Report required by your Order of September 4, 2012 (ECF No. 13).  Please be advised that I have shown a copy of this letter to the Plaintiff who has approved the contents.

      The parties do not unanimously consent to have all further proceedings conducted by a Magistrate Judge.  Additionally, the parties request that a Settlement Conference be conducted by the United States Magistrate Judge only after dispositive motions are resolved.

      Very truly yours,

      THE LAW OFFICES OF RONALD S. CANTER, LLC


      By:   /s/ Ronald S. Canter
            Ronald S. Canter

RSC/mdl
V:\RSC-MDL\2012\SEPT\24\2012 09 24 LETTER TO HONORABLE ALAN LIPTON HOLLANDER.DOC