IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS<br><br>    Plaintiff<br><br>vs.<br><br>PINNACLE CREDIT SERVICES, LLC<br><br>    Defendant | CIVIL ACTION NO.:  1:12-CV-01384-ELH |

## DEFENDANT PINNACLE CREDIT SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant, Pinnacle Credit Services, LLC, by and through counsel, moves pursuant to Fed.R.Civ.P. 56 for summary judgment on the basis that the undisputed facts in this matter established that Pinnacle is entitled to judgment as a matter of law and as grounds therefore respectfully refers this Honorable Court to the attached brief in support of the Motion for Summary Judgment.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:    (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 9th day of November, 2012 to:

> Glinda F. Harris
> 2221Cedley Street
> Baltimore, Maryland 21230
> *Pro Se Plaintiff*

> /s/ Ronald S. Canter
> _____
> Ronald S. Canter, Esquire
> *Attorney for Defendant*