**The Law Offices of**
**Ronald S. Canter, LLC**
200A Monroe Street, Suite 104
Rockville, Maryland 20850
www.roncanterllc.com

---

*Ronald S. Canter, Esquire*  301-424-7490
*Licensed in MD, FL, DC, PA*  301-424-7470 Fax
rcanter@roncanterllc.com

November 28, 2012

**VIA ELECTRONIC FILING**
Felicia C. Cannon, Clerk of Court
United States District Court for the District of Maryland
4228 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Glinda Harris v. Pinnacle Credit Services, L.L.C.
            United States District Court for the District of Maryland
            Case No. 1:12-cv-01384-ELH
            Our File No. 12-1177

Dear Ms. Cannon:

      I have received and reviewed ECF No. 19 filed November 26, 2012 which is docketed as "mail return as undeliverable." I have noted that the envelope used to send Ms. Harris the November 13, 2012 letter was addressed to "2221 Credley Street, Baltimore, Maryland."

      Ms. Harris' address as listed on the Complaint is "2221 Cedley Street, Baltimore, Maryland 21230." I have sent correspondence to the address listed in the Complaint and have never received return mail from the Postal Service. I further note that I mailed Ms. Harris a service copy of Defendant's Motion for Summary Judgment (ECF No. 17) to "2221 Cedley Street, Baltimore, Maryland 21230" and did not receive return mail from the Postal Service.

      I therefore believe that the improper spelling of the Defendant's street name may have caused the Postal Service to return the mail as undeliverable.

                        Very truly yours,

                        THE LAW OFFICES OF RONALD S. CANTER, LLC

            By:    /s/ Ronald S. Canter
                   Ronald S. Canter

RSC/mdl
V:\RSC-MDL\2012\NOV\27\2012 11 27 LETTER TO FELICIA CANNON.DOC