\_\_\_\_\_ FILED   \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED   \_\_\_\_\_ RECEIVED

NOV 28 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Glinda F. Harris** | ) | |
| *Plaintiff* | ) | Case No. <u>ELH12CV1384</u> |
| vs | ) | |
| **PINNACLE CREDIT SERVICES, LLC** | ) | |
| *Defendant* | ) | <u>**Judge: Ellen L. Hollander**</u> |

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the court for an enlargement of time to answer the Defendants Motion for Summary Judgment. Plaintiff has spoken with Defendant counsel and they are in agreement for the enlargement of time until December 11, 2012.

Respectfully submitted _____

Glinda F. Harris
7306 Prince George Road
Baltimore, Maryland 21207
(443) 324-7977
glindaharris6@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to Defendant listed below by first class mail USPS.

Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850

Dated: Nov. 27, 2012