FILED
U.S. DISTRICT COURT ENTERED
DISTRICT OF MARYLAND RECEIVED

2012 NOV 28 1401
CLERK'S OFFICE
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Glinda F. Harris | ) | |
| *Plaintiff* | ) | Case No. **ELH12CV1384** |
| vs | ) | Approved. ELH USDJ 11/29/12 |
| PINNACLE CREDIT SERVICES, LLC | ) | |
| *Defendant* | ) | **Judge: Ellen L. Hollander** |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the court for an enlargement of time to answer the Defendants Motion for Summary Judgment. Plaintiff has spoken with Defendant counsel and they are in agreement for the enlargement of time until December 11, 2012.

Respectfully submitted _____

Glinda F. Harris

7306 Prince George Road

Baltimore, Maryland 21207

(443) 324-7977

glindaharris6@gmail.com