IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS<br><br>          Plaintiff<br><br>vs.<br><br>PINNACLE CREDIT SERVICES, LLC<br><br>          Defendant | CIVIL ACTION NO.: 1:12-CV-01384-ELH |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of Exhibit 1 to Schofield Affidavit (ECF No. 25) was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 17th day of December, 2012 to:

>Glinda F. Harris
>2221Cedley Street
>Baltimore, Maryland 21230
>*Pro Se Plaintiff*

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant*

1