## ASSIGNMENT

## FOURSCORE RESOURCE CAPITAL, LLC
## TO
## PINNACLE CREDIT SERVICES, LLC

FOURSCORE RESOURCE CAPITAL, LLC, a Minnesota limited liability company ("Fourscore"), for good, valuable and sufficient consideration, hereby assigns and transfers to PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company ("Pinnacle") all of Fourscore's right, title and interest in and to each and every one of the Accounts identified on the attached **Exhibit A**.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 15th day of June, 2010.

FOURSCORE RESOURCE CAPITAL, LLC

By: _____
Robert Schofield
Chief Operating Officer

EXHIBIT 1

| sec acctno | pri acctno | originator | intraic | acctopen | lastpayment | lastpaymentamt | delinquency | chargeoff | currentbal | pri ssn | pri last | pri first | pri add1 | pri city | pri state | pri zip | pri hphone | type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | BANKFIRST | 10 | 5/19/1998 | 4/15/1999 | 65 | 4/4/1999 | 10/1/1999 | $430.05 | ▮ | HARRIS | GLINDA F | 2221 CEDLEY ST | BALT | MD | 212303115 | 4107640024 | BANKFIRST |