IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS<br><br>    Plaintiff<br><br>vs.<br><br>PINNACLE CREDIT SERVICES, LLC<br><br>    Defendant | CIVIL ACTION NO.: 1:12-CV-01384-ELH |

**CONSENT MOTION TO POSTPONE SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT AND SETTLEMENT CONFERENCE**

Your Defendant, Pinnacle Credit Services, LLC, ("Pinnacle") with the consent of the Plaintiff, requests that this Court postpone matters relating to the Settlement Conference in this case and states as follows:

1. The parties filed a status report asking that a Settlement Conference be conducted after ruling on dispositive motions. (ECF No. 14).

2. This matter was then was referred for a Settlement Conference to the Honorable Susan K. K. Gauvey, Magistrate Judge. (ECF No. 15).

3. Judge Gauvey entered a letter order dated October 5, 2012 (ECF No. 16) scheduling a Settlement Conference for February 20, 2013 and further requiring that the parties submit *ex parte* letters no later than January 30, 2013.

4. Presently pending before the Court is Pinnacle's Motion for Summary Judgment (ECF No. 17). The parties jointly request that matters pertaining to the Settlement Conference be postponed until after ruling on Pinnacle's Motion for Summary Judgment, as previously requested in the status report to the Court.

1

5. Plaintiff has consented to the filing of this motion pursuant to the attached e-mail exchange (Exhibit 1).

6. The granting of this motion would serve the interests of judicial economy.

WHEREFORE, your Defendant prays that this motion be granted; that the deadline for submission of the Confidential Settlement Statements be postponed and the Settlement Conference be postponed until after ruling on the pending Motion for Summary Judgment.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:    (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 28th day of January, 2013 to:

Glinda F. Harris
7306 Prince George Road
Pikesville, Maryland 21207
*Pro Se Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendant*