IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS<br><br>Plaintiff<br><br>vs.<br><br>PINNACLE CREDIT SERVICES, LLC<br><br>Defendant | CIVIL ACTION NO.: 1:12-CV-01384-ELH |

### ORDER

Upon consideration of the Consent Motion to Postpone Submission of the Confidential Settlement Statements and Settlement Conference, it is _4_ day of _February_, 2013,

ORDERED, that the motion be, and hereby is **GRANTED**, and it is further,

ORDERED, that the deadline for submission of Confidential Settlement Statements by the parties be, and hereby is postponed pending further order of this Court, and it is further,

ORDERED, that the Settlement Conference scheduled for February 20, 2013 be, and hereby is postponed, pending further order of the Court.

FURTHER ORDERED that the parties notify the undersigned mediation judge if and when Pinnacle's motion for summary judgment is denied, the new mediation date will then be set in

_____
JUDGE

1