IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS<br><br>　　　Plaintiff<br><br>vs.<br><br>PINNACLE CREDIT SERVICES, LLC<br><br>　　　Defendant | CIVIL ACTION NO.:  1:12-CV-01384-ELH |

## NOTICE OF SETTLEMENT

Please take notice that the parties have entered into a settlement in this matter and anticipate filing a final notice of dismissal within thirty (30) days.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Glinda F. Harris
7306 Prince George Road
Pikesville, Maryland 21207
*Pro Se Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant*

1